# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| **PETER WILSON, on behalf of himself and others similarly situated,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**MAZE DIGITAL LLC d/b/a ELITEGHOSTWRITER.US** )<br>)<br>*Defendant* | Civil Action No. 1:25-cv-02056-CAB |

## AFFIDAVIT OF SERVICE

I, Doreen Campbell, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MAZE DIGITAL LLC in Pinellas County, FL on September 30, 2025 at 10:45 am at 7901 4th St N, Ste 300, Saint Petersburg, FL 33702-4399 by leaving the following documents with Jane Allen who as INTAKE_SPECIALIST at Registered Agents Inc is authorized by appointment or by law to receive service of process for MAZE DIGITAL LLC.

Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial, and Civil Cover Sheet

White Female, est. age 25-34, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=27.844666,-82.638299
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Pinellas County__ , __FL__ on __9/30/2025__ .

/s/ *Doreen Campbell*
Signature
Doreen Campbell
+1 (847) 946-7061

