# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **PETER WILSON,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **MAZE DIGITAL LLC d/b/a ELITEGHOSTWRITER.US** <br><br> *Defendant.* | Case No. 1:25-cv-02056 <br><br><br> So Ordered. <br><br> *s/ Christopher A. Boyko* <br> Senior United States District Judge |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Respectfully submitted in this 24th day of November, 2025

> */s/ Anthony I. Paronich*
> Anthony I. Paronich (admitted *pro hac vice*)
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> anthony@paronichlaw.com
>
> *Counsel for Plaintiff*